# EXHIBIT A

## NORA BRUNO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |