Bruno.Nora - userlog - 69426607.txt
Log for User at address 68.0.227.129:6350 generated on 6/19/2005 10:11:53 AM EDT (-0400 GMT)
Total Files: 328
------------------------------
Total Audio Files: 320
Total Video Files: 1
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 19
Total Distinct Matches: 17

FileName: American Hi-Fi - Vertigo.mp3 (2,121,728 bytes)
FileName: 02-the_diplomats-s.a.n.t.n.a_feat._juelz_santana-xxl.mp3 (7,495,297 bytes)
FileName: 03 - Jane's Addiction - Just Because.mp3 (3,756,160 bytes)
FileName: 03 What U Gon' Do.wma (5,175,257 bytes)
FileName: 09-daft_punk-technologic.mp3 (6,829,015 bytes)
FileName: 11. Simple Plan - Untitled (How Could This Happen to Me).mp3 (3,877,373 bytes)
FileName: 2 Pac Tupac - Changes.mp3 (5,385,196 bytes)
FileName: 2005 MTV Movie Awards_Best Kiss.wmv (9,430,612 bytes)
FileName: 3 Doors Down - Away From The Sun.mp3 (3,733,304 bytes)
FileName: 3 Doors Down - Here Without You.mp3 (5,726,586 bytes)
FileName: 3 Doors Down - Kryptonite.mp3 (3,815,538 bytes)
FileName: 311 - Come Original.mp3 (3,565,319 bytes)
FileName: 311 - Down.mp3 (2,768,401 bytes)
FileName: 311- Love Song.mp3 (5,683,470 bytes)
FileName: 311-Amber.mp3 (5,004,980 bytes)
FileName: 50 Cent - Candy Shop.mp3 (5,055,136 bytes)
FileName: 50 Cent - Disco Inferno.mp3 (5,064,874 bytes)
FileName: 50 Cent - If I Can't.mp3 (4,719,723 bytes)
FileName: 50 Cent - Many Men.mp3 (6,150,397 bytes)
FileName: 50 cent ft. Eminem - Patiently Waiting .mp3 (6,934,528 bytes)
FileName: 50 Cent ft. Snoop Dogg & G-Unit - PIMP(Remix).mp3 (6,930,387 bytes)
FileName: 50 Cent Just A Lil Bit.mp3 (3,806,023 bytes)
FileName: 50 cent- in da club.mp3 (5,290,288 bytes)
FileName: 90's - Shaggy - Angel.mp3 (3,771,354 bytes)
FileName: 911 - Angels in Heaven Tribute - September 11th.mp3 (3,613,144 bytes)
FileName: ACDC - Back In Black.mp3 (4,069,957 bytes)
FileName: ACDC - DC - TNT.mp3 (3,432,569 bytes)
FileName: ACDC - Hells Bells.mp3 (4,999,916 bytes)
FileName: ACDC - you shook me all night long - AC-DC.mp3 (6,731,650 bytes)
FileName: Afro Man - Colt 45.mp3 (5,685,248 bytes)
FileName: Afroman - Because I got high.MP3 (4,975,856 bytes)
FileName: Afroman - Palmdale.mp3 (6,401,463 bytes)
FileName: Akon - Lonely.mp3 (5,704,771 bytes)
FileName: American Hi Fi - The Break Up Song.mp3 (4,212,721 bytes)
FileName: American Hi-Fi - Flavor Of The Week.mp3 (3,069,492 bytes)
FileName: andre nickatina - Ayo for Yayo.mp3 (3,314,544 bytes)
FileName: Archie feat. Bubba Sparxxx - We Ready.mp3 (6,647,808 bytes)
FileName: Audioslave - Be Yourself.mp3 (5,575,093 bytes)
FileName: Beastie Boys - Ch-Check it Out.mp3 (4,567,376 bytes)
FileName: beastie boys - beastie boys - paul revere.mp3 (3,534,680 bytes)
FileName: Beastie Boys - Fight For Your Right To Party.mp3 (3,321,392 bytes)
FileName: Beastie Boys - Girls.mp3 (2,125,032 bytes)
FileName: Beastie Boys - Intergalactic (1).mp3 (3,705,754 bytes)
FileName: Beastie Boys - No Sleep Till Brooklyn.mp3 (3,952,222 bytes)
FileName: Beasty Boys - Brass Monkey Funky.mp3 (2,117,926 bytes)
FileName: Beatles - Blackbird.mp3 (2,213,888 bytes)
FileName: Beatles - Don't Let Me Down.mp3 (3,436,170 bytes)
FileName: Beatles - Here, There, And Everywhere.mp3 (2,334,430 bytes)
FileName: Beatles - In My Life.mp3 (2,360,343 bytes)

Bruno.Nora - userlog - 69426607.txt

FileName: Beatles - Something in the Way She Moves - Acoustic.mp3 (3,135,744 bytes)
FileName: Beatles - The Long And Winding Road.mp3 (3,445,493 bytes)
FileName: Beatles - While My Guitar Gently Weeps.mp3 (4,564,114 bytes)
FileName: Beetles - Yellow Submarine.mp3 (3,848,320 bytes)
FileName: Biggie Smalls - Hypnotize(1).mp3 (4,852,886 bytes)
FileName: Black Eyed Peas - Don't Phunk With My Heart.mp3 (5,799,941 bytes)
FileName: Blink 182 - All the Small Things.mp3 (4,031,568 bytes)
FileName: Blink 182 - Whats My Age Again.mp3 (2,345,714 bytes)
FileName: Blood Hound Gang - Discovery Channel.mp3 (3,922,674 bytes)
FileName: Bob Marley - Buffalo Soldier.mp3 (4,118,569 bytes)
FileName: Bob Marley - Don't Worry, Be Happy.mp3 (3,749,511 bytes)
FileName: Bob Marley - Get Up Stand Up.mp3 (3,148,904 bytes)
FileName: Bob Marley - I shot the sheriff.mp3 (3,645,857 bytes)
FileName: Bob Marley - No Woman No Cry.mp3 (6,839,902 bytes)
FileName: Bob Marley - One Love.mp3 (2,688,859 bytes)
FileName: Bob Marley - Three Little Birds.mp3 (2,882,246 bytes)
FileName: Bread & David Gates - Lost Without Your Love.mp3 (2,836,872 bytes)
FileName: Bread - Baby I'm A Want You.mp3 (2,920,448 bytes)
FileName: Bread - I Would Give Everything I Own.mp3 (4,534,272 bytes)
FileName: Bread - If.mp3 (2,501,033 bytes)
FileName: Bread - It Don't Matter To Me.mp3 (2,746,940 bytes)
FileName: Bread - Make It With You.mp3 (3,142,200 bytes)
FileName: Bread - Sweet Surrender.mp3 (2,482,176 bytes)
FileName: Bread -The Air That I Breathe.mp3 (3,674,496 bytes)
FileName: Breaking Benjamin - Firefly.mp3 (5,844,671 bytes)
FileName: Breaking Benjamins - Follow Me.mp3 (6,026,115 bytes)
FileName: Breaking Benjamins - So Cold.mp3 (4,557,392 bytes)
FileName: Breaking Benjamins - Sooner Or Later.mp3 (6,365,349 bytes)
FileName: Camron - Hey Ma.mp3 (4,422,550 bytes)
FileName: carmelo anthony vs lebron james high school.mpg (27,852,804 bytes)
FileName: Carolina Pride.mp3 (4,483,196 bytes)
FileName: Chingy - Holiday Inn.mp3 (7,547,939 bytes)
FileName: Chingy - Jackpot - 09 - One Call Away.mp3 (6,645,103 bytes)
FileName: Chingy feat. JD, Trina - Right Thurr (Remix).mp3 (5,344,880 bytes)
FileName: Cindy Lauper - Girls Just Wanna Have Fun.mp3 (3,660,486 bytes)
FileName: Cold Play - The Scientist.mp3 (4,947,968 bytes)
FileName: Cold Play - Yellow.mp3 (4,333,528 bytes)
FileName: Commodores - Brick House.mp3 (3,474,204 bytes)
FileName: Common feat Kanye West & Last Poets - The Corners.mp3 (5,663,206 bytes)
FileName: cottonmouth Kings - Tangerine Sky.mp3 (4,035,900 bytes)
FileName: Creed - Higher.mp3 (5,096,722 bytes)
FileName: David Bowie & Queen - Under Pressure.mp3 (3,868,890 bytes)
FileName: DMX - Party Up In Here.mp3 (4,302,437 bytes)
FileName: DMX - Ruff Riders Anthem.mp3 (2,143,736 bytes)
FileName: DMX - Where Da Hood At.mp3 (7,020,544 bytes)
FileName: DMX - X Gonna Give It To Ya.mp3 (5,367,808 bytes)
FileName: Dr Dre & Snoop Doggy Dog - The Next Episode.mp3 (5,095,373 bytes)
FileName: Dr. Dre & Eminem - Forgot About Dre.mp3 (5,330,518 bytes)
FileName: Dredge - Of the Room.mp3 (3,582,345 bytes)
FileName: Drowning Pool - Let The Bodies Hit The Floor.mp3 (5,931,421 bytes)
FileName: Effiel 65 - Im Blue.mp3 (4,571,765 bytes)
FileName: Effiel 65 - Playstation.mp3 (3,070,136 bytes)
FileName: Eminem (Feat. Dido) - Stan.mp3 (9,685,600 bytes)
FileName: Eminem - Ass Like That.mp3 (5,898,240 bytes)
FileName: Eminem - Cleaning Out My Closet.mp3 (5,957,486 bytes)
FileName: Eminem - Encore - Mocking Bird.mp3 (5,408,768 bytes)
FileName: Eminem - Hailey's song.mp3 (7,697,196 bytes)
FileName: Eminem - Lose Yourself.mp3 (5,308,416 bytes)
FileName: Eminem feat. Dr. Dre & 50 Cent - Encore.mp3 (7,465,079 bytes)
FileName: Eminem Feat.D-12 - How Come.mp3 (5,710,128 bytes)
FileName: Eric Clapton - Promises - Backless.mp3 (2,909,324 bytes)
FileName: Eric Clapton - You Look Wonderful Tonight.mp3 (3,505,294 bytes)
FileName: Eurotrip - Lustra - Scotty Doesn't Know.mp3 (5,445,194 bytes)

FileName: Evanescence - My Immortal.MP3 (4,262,475 bytes)
FileName: EVENESCENCE-Bring Me Back To Life.mp3 (3,838,886 bytes)
FileName: Fat Boy Slim - Funk Soul Brother.mp3 (3,831,559 bytes)
FileName: Fat Joe feat. Mase, Eminem, Lil' Jon - Lean Back (remix).mp3 (4,579,328 bytes)
FileName: Filter - Take My Picture.mp3 (8,719,682 bytes)
FileName: Finger 11 - One Thing.mp3 (6,711,558 bytes)
FileName: Foo Fighters - Best of You.mp3 (4,062,879 bytes)
FileName: Foo Fighters - There Goes My Hero.mp3 (4,203,288 bytes)
FileName: Foo Fighters - Times Like These.mp3 (4,108,538 bytes)
FileName: Fountains Of Wayne - Stacys Mom.mp3 (4,757,017 bytes)
FileName: Gang Starr - Skills.mp3 (4,641,354 bytes)
FileName: Gavin DeGraw - I Don't Want To Be.mp3 (3,514,201 bytes)
FileName: Ghetto Boys - Damn it Feels Good To Be a Gangsta (Office Space Soundtrack).mp3 (4,949,472 bytes)
FileName: Gorillaz - Clint Eastwood.MP3 (5,685,248 bytes)
FileName: Gorillaz - Feel Good Inc..mp3 (5,347,393 bytes)
FileName: Great Speeches - Al Pacino - Any Given Sunday - Peace With Inches Speech.mp3 (7,299,984 bytes)
FileName: Green Day - Boulevard Of Broken Dreams.mp3 (6,260,864 bytes)
FileName: Green Day - Holiday.mp3 (5,585,525 bytes)
FileName: Green Day - Minority.mp3 (2,709,211 bytes)
FileName: Green Day - When I Come Around by Greenday (Live at Woodstock.mp3 (2,851,317 bytes)
FileName: Greenday-Time of Your Life.mp3 (2,467,479 bytes)
FileName: Gwen stafani & Eve- Rich Girl.mp3 (5,680,896 bytes)
FileName: Gwen Stafani - Holla Back Girl.mp3 (3,232,245 bytes)
FileName: Gwen Stefani - What You Waiting For .mp3 (5,345,784 bytes)
FileName: Incubus - Are You In.mp3 (4,263,936 bytes)
FileName: Incubus - Drive.mp3 (3,711,268 bytes)
FileName: Incubus - I Wish You Were Here.mp3 (5,126,048 bytes)
FileName: Ja Rule Ft.. Fat Joe & Jadakiss - New York.mp3 (3,988,816 bytes)
FileName: Jack Johnson - Sitting, Waiting, Wishing.mp3 (2,856,717 bytes)
FileName: Jay Z - The Black Album - 12 - Lucifer - (Produced By Kanye West)-rns.mp3 (4,612,096 bytes)
FileName: Jay Z ft Linking Park - Numb_Encore.mp3 (3,253,394 bytes)
FileName: Jay-Z - Big Pimpin.mp3 (6,784,786 bytes)
FileName: Jermaine Dupri feat P Diddy, Snoop Dogg, St. Lunatics - Welcome To Atlanta (Remix).mp3 (7,289,638 bytes)
FileName: Jimi Hendrix - Purple Haze.mp3 (2,772,869 bytes)
FileName: Jimmy Buffett - bye bye miss american pie.mp3 (6,172,672 bytes)
FileName: Jimmy Buffett - Changes in Latitudes, Changes in Attitudes.mp3 (3,156,198 bytes)
FileName: Jimmy Buffett - Margaritaville.mp3 (3,527,680 bytes)
FileName: Jimmy Eat World - Brown Eyed Girl.mp3 (3,229,824 bytes)
FileName: Jimmy Eat World - Pain.mp3 (4,385,258 bytes)
FileName: Jimmy Eat World - Sweetness.mp3 (5,041,177 bytes)
FileName: jimmy fallon - idiot boyfriend.mp3 (3,779,187 bytes)
FileName: John Legend - Ordinary People.mp3 (6,766,384 bytes)
FileName: Just An Old Fashioned Love Song.mp3 (3,690,034 bytes)
FileName: Kanye West & Twista ft Jamie Foxx - Slow Jams.mp3 (3,293,902 bytes)
FileName: Kanye West - Diamonds Are Forever.mp3 (3,837,155 bytes)
FileName: Kanye West - Jesus Walks.mp3 (5,043,274 bytes)
FileName: Kanye West - When it all falls down.mp3 (5,660,375 bytes)
FileName: Kanye West feat. Lil Jon - The New Workout Plan (Remix).mp3 (3,799,237 bytes)
FileName: Kanye West feat. Mase - Jesus Walks (remix).mp3 (4,701,518 bytes)
FileName: Kayne West through the wire.mp3 (5,418,759 bytes)
FileName: Kayne West - 15 - School Spirit.mp3 (4,453,428 bytes)
FileName: kevin little - turn me on.mp3 (4,223,442 bytes)
FileName: kobe bryant (shaq diss).mp3 (3,248,796 bytes)
FileName: Korn - Adidas.mp3 (2,445,479 bytes)
FileName: Korn - Freak On A Leash.mp3 (4,076,720 bytes)

FileName: Korn - Word Up .mp3 (5,124,166 bytes)
FileName: Kottonmouth Kings - Positive Vibes.mp3 (3,604,633 bytes)
FileName: Lil Jon ft Ice Cube - Roll Call.mp3 (5,078,016 bytes)
FileName: Lil Scrappy & Trillville - Some Cut.mp3 (6,804,146 bytes)
FileName: Lil Wayne - we ready remix.mp3 (5,254,919 bytes)
FileName: Limp Bizcut - My Way.mp3 (6,539,674 bytes)
FileName: Limp Bizcut - Nookie.mp3 (2,667,802 bytes)
FileName: Limp Bizcut - Rollin'.mp3 (2,044,112 bytes)
FileName: Limp Bizkit & DMX - Rollin (Rap Remix).mp3 (6,164,608 bytes)
FileName: Limp Bizkit & Rage Against The Machine & POD & Offspring & Greenday & Nirvana & Pearl Jam - Election USA (very rare remi (1).mp3 (4,329,639 bytes)
FileName: Linkin Park-Breaking the Habit.mp3 (4,706,834 bytes)
FileName: Loyd Banks - Im So Fly.mp3 (6,656,990 bytes)
FileName: Ludacris - Move Bitch.mp3 (4,335,457 bytes)
FileName: Ludacris - Southern Hospitality.mp3 (4,816,896 bytes)
FileName: Ludacris - Splash Waterfalls.mp3 (6,980,463 bytes)
FileName: Ludicris - Number One Spot 1.mp3 (6,320,000 bytes)
FileName: Lynard Skinard- Simple Man.mp3 (5,701,632 bytes)
FileName: Lynard Skynard - Sweet Home Alabama.mp3 (4,800,679 bytes)
FileName: Maroon 5 - She Will Be Loved.mp3 (6,189,056 bytes)
FileName: Marron 5- This Love.mp3 (4,268,703 bytes)
FileName: Martina McBride - World Trade Center Tribute Song (jwr).mp3 (2,326,656 bytes)
FileName: Mobb Deep - Got It Twisted.mp3 (4,704,930 bytes)
FileName: Mobb Deep-Shook Ones.mp3 (3,914,686 bytes)
FileName: Moby & Gwen Stafani - Southside.mp3 (3,674,987 bytes)
FileName: Motley Crew - If I Die Tomarrow.mp3 (5,265,728 bytes)
FileName: My Chemical Romance - I'm Not Okay.mp3 (4,526,080 bytes)
FileName: N.E.R.D. - Rock Star .mp3 (4,325,041 bytes)
FileName: Nazareth - Hair Of The Dog.mp3 (4,014,347 bytes)
FileName: Nazareth - Love Hurts.mp3 (3,766,272 bytes)
FileName: NBA - 2005 Slam Dunk Contest.wmv (64,314,562 bytes)
FileName: NBA - Top 10 Plays Of LeBron James.WMV (28,860,966 bytes)
FileName: Nelly (Ft. Tim McGraw) - Over And Over Again.mp3 (6,219,776 bytes)
FileName: nelly - Hot In Here.mp3 (5,489,823 bytes)
FileName: Nelly - Number 1.mp3 (3,979,355 bytes)
FileName: Nelly - Ride With Me.mp3 (4,668,238 bytes)
FileName: Nelly- Air Force Ones.mp3 (4,865,643 bytes)
FileName: Nelly- Country grammer .mp3 (4,433,920 bytes)
FileName: Nick Cannon feat. R.Kelly-Gigalo.mp3 (5,555,432 bytes)
FileName: Nine Days - Story Of A Girl.mp3 (2,807,936 bytes)
FileName: Nirvana - All Apologies.mp3 (3,647,528 bytes)
FileName: Nirvana - Lithium.mp3 (4,088,652 bytes)
FileName: Nirvana - Rape Me.mp3 (2,719,113 bytes)
FileName: Nirvana - Smells Like Teen Spirit.mp3 (4,753,890 bytes)
FileName: Notorious BIG- Juicy.mp3 (4,382,848 bytes)
FileName: Notorius B.I.G. - Big Poppa.mp3 (3,549,385 bytes)
FileName: NWA - Express Yourself.mp3 (4,182,645 bytes)
FileName: NWA - Straight Outta Compton (feat. Dr. Dre, Ice Cube, DJ Yella, MC Ren, , the Arabian Prince, the D.O.C., & Eazy-E).mp3 (4,281,701 bytes)
FileName: Oasis - Champagne Supernova.mp3 (7,162,566 bytes)
FileName: Oasis - Live Forever.mp3 (4,461,968 bytes)
FileName: Oasis - Wonderwall .mp3 (4,140,013 bytes)
FileName: Ozzy Ozborne-Crazy Train.mp3 (4,655,052 bytes)
FileName: P Diddy - Bad Boys For Life.mp3 (5,711,959 bytes)
FileName: P Diddy, Nelly, & Murphy Lee - Shake Ya Tailfeather - Bad Boys 2 Soundtrack.mp3 (6,386,752 bytes)
FileName: P. Diddy - I'll Be Missing You.mp3 (4,963,393 bytes)
FileName: Papa Roach - Getting Away With Murder - 08 - Scars(1).mp3 (5,502,685 bytes)
FileName: Papa Roach - Scars.mp3 (5,503,325 bytes)
FileName: Patsy Kline - Crazy 1.mp3 (2,633,881 bytes)
FileName: Patsy Kline - I FallTo Pieces.mp3 (2,730,237 bytes)

FileName: Petey Pablo - Raise Up (North Carolina Dirty).mp3.mp3 (6,594,432 bytes)
FileName: Phantom Planet - California (The OC soundtrack).mp3 (3,108,822 bytes)
FileName: Phish - Blackbird (Live Beatles Cover).mp3 (1,212,416 bytes)
FileName: Pieces Of April.mp3 (4,057,189 bytes)
FileName: Pink Floyd - Comfortably Numb.mp3 (6,144,000 bytes)
FileName: Pink Floyd - Schools Out For Summer.mp3 (2,936,832 bytes)
FileName: Pink Floyd - We Don't Need No Education.mp3 (5,499,640 bytes)
FileName: Queen & David Bowie - Under Pressure.mp3 (3,868,890 bytes)
FileName: R. Kelly - Ignition (Remix).mp3 (4,537,336 bytes)
FileName: R. Kelly - Thoia Thong.mp3 (5,357,574 bytes)
FileName: Radiohead - Creep.mp3 (3,788,381 bytes)
FileName: Rage Against The Machine - Guerilla Radio.mp3 (4,945,114 bytes)
FileName: Rage Against The Machine - Know Your Enemy.mp3 (4,716,379 bytes)
FileName: Rage Against The Machine - Testify.mp3 (5,040,397 bytes)
FileName: Rap - Cypress Hill - Rock Superstar.mp3 (6,290,526 bytes)
FileName: Red Hot Chilli Peppers - Californication.mp3 (7,708,066 bytes)
FileName: Red Hot Chilli Peppers - Cant Stop.mp3 (6,620,025 bytes)
FileName: Red Hot Chilli Peppers - Under the Bridge.mp3 (4,189,246 bytes)
FileName: Red Hot Chillie Peppers- Scar Tissue.mp3 (5,210,952 bytes)
FileName: Rehab - Drinking Problem.mp3 (3,412,304 bytes)
FileName: Rehab - It Don't Matter.mp3 (3,534,342 bytes)
FileName: Rehab - My Addiction.mp3 (2,196,921 bytes)
FileName: Rick James - Super Freak.mp3 (3,545,088 bytes)
FileName: Roots - 08 - Seed 2.0, The (featuring Cody Chestnutt) - simplemp3s.mp3 (5,361,499 bytes)
FileName: Run DMC - It's Tricky.mp3 (2,952,071 bytes)
FileName: Seether - Remedy.mp3 (2,664,110 bytes)
FileName: Seether ft Amy Lee - Broken.mp3 (7,676,858 bytes)
FileName: Shaggy - It Wasnt Me.mp3 (5,456,344 bytes)
FileName: Shaq - Skillz Kobe diss.mp3 (2,015,294 bytes)
FileName: Shinedown - Simple Man.mp3 (9,810,048 bytes)
FileName: Simple Plan - Untitled.mp3 (3,785,422 bytes)
FileName: Simple Plan - Welcome to My Life.mp3 (4,867,856 bytes)
FileName: Sisco - The Thong Song.mp3 (3,045,041 bytes)
FileName: Skindred - Pressure.mp3 (3,384,720 bytes)
FileName: Skindred - Nobody.mp3 (3,786,378 bytes)
FileName: Skindred-Nobody.mp3 (3,786,378 bytes)
FileName: Slayer - South Of Heaven.mp3 (4,804,067 bytes)
FileName: Snoop Dogg - Gin And Juice.mp3 (3,385,469 bytes)
FileName: Snoop Dogg ft Pharell - Beautiful.mp3 (7,161,141 bytes)
FileName: Snoop Dogg ft Pharrell- Drop It Likes It's Hot.mp3 (6,484,264 bytes)
FileName: Space Jam - Theme Song.mp3 (4,910,722 bytes)
FileName: Steve Miller Band - Space Cowboy.mp3 (3,484,441 bytes)
FileName: styles p - Good Times (I Get High) 1.mp3 (5,316,109 bytes)
FileName: Sublime & Gwen Stafani - Saw Red.mp3 (1,884,577 bytes)
FileName: Sublime - Caress Me Down.mp3 (3,388,523 bytes)
FileName: Sublime - Date Rape.mp3 (3,480,318 bytes)
FileName: Sublime - Santaria.mp3.mp3 (2,199,116 bytes)
FileName: Sublime - Smoke Two Joints.mp3 (2,540,483 bytes)
FileName: Sublime - Summertime.mp3 (4,038,031 bytes)
FileName: Sublime - What I Got.mp3 (2,737,632 bytes)
FileName: Sublime - Wrong Way.mp3 (2,178,064 bytes)
FileName: Survivor - Eye of the Tiger (from ROCKY).mp3 (3,903,156 bytes)
FileName: System Of A Down - Toxicity.mp3 (3,470,315 bytes)
FileName: System of a Down-BYOB.mp3 (5,801,984 bytes)
FileName: T.I. - Rubberband Man.mp3 (8,341,768 bytes)
FileName: Taking Back Sunday - A Decade Under The Influence.mp3 (8,034,394 bytes)
FileName: Taking Back Sunday- This photograph is proof (i know you know).mp3 (7,488,902 bytes)
FileName: Tenacious D - Tribute to the Greatest Song in the World.mp3 (5,944,968 bytes)
FileName: The Beatles - Paul McCartney - Baby I'm Amazed.mp3 (3,741,751 bytes)
FileName: ThE BeEtLeS - In My LiFe.mp3 (2,368,540 bytes)

Bruno.Nora - userlog - 69426607.txt

FileName: The Eagles - Hotel California.mp3 (6,269,804 bytes)
FileName: The Game - Dreams.mp3 (7,177,518 bytes)
FileName: The Game -Hate It Or Love It ft. 50 Cent.mp3 (5,104,632 bytes)
FileName: The Game Ft.50 Cent - How We Do.mp3 (5,835,962 bytes)
FileName: The Killers - Mr. Brightside.mp3 (4,152,914 bytes)
FileName: The Killers - Somebody Told Me.mp3 (4,274,190 bytes)
FileName: The Lost prophets - Make A Move.mp3 (5,683,328 bytes)
FileName: The Lost Prophets- Last Train Home.mp3 (5,498,022 bytes)
FileName: The Outfield - I Don't Wanna Lose Your Love Tonight.mp3 (3,459,072 bytes)
FileName: Three Dog Night - Brandy (You're A Fine Girl).mp3 (4,521,984 bytes)
FileName: Three Dog Night - Hot town Summer In the City.mp3 (2,586,752 bytes)
FileName: Three Dog Night - Out In The Country.mp3 (3,043,706 bytes)
FileName: Three Doors Down The Road I'm On.mp3 (5,756,052 bytes)
FileName: Three Doors Down - When Im Gone.mp3 (6,129,081 bytes)
FileName: Trapped - Headstrong.mp3 (4,573,184 bytes)
FileName: Trick Daddy, Lil Jon & Twista- Let's Go.mp3 (3,641,388 bytes)
FileName: Tuesday, September 11th, 2001 - Creed - Higher (World Trade Center Tribute Version).mp3 (3,506,176 bytes)
FileName: Tupac & Dr Dre - California love.mp3 (3,858,052 bytes)
FileName: TV Theme Songs - Fresh Prince of Bel Air - Will Smith.mp3 (2,836,480 bytes)
FileName: Unwritten Law - Save Me.mp3 (5,064,770 bytes)
FileName: Usher - Let it Burn.mp3 (5,167,926 bytes)
FileName: Usher ft. Lil Jon and Ludacris - Yeah.mp3 (5,970,533 bytes)
FileName: Usher w_ Petey Pablo, Ludacris - Yeah (Freak A Leak Remix).mp3 (4,393,532 bytes)
FileName: Weezer - Beverly Hills.mp3 (8,013,824 bytes)
FileName: Weezer - Buddy Holly.mp3 (2,550,514 bytes)
FileName: Weezer - Island In The Sun.mp3 (3,361,773 bytes)
FileName: Weezer - Say It Ain't So.mp3 (4,118,022 bytes)
FileName: Wheezer - Hash Pipe.mp3 (4,461,313 bytes)
FileName: Wild Cherry - Play That Funky Music White Boy.mp3 (4,081,737 bytes)
FileName: Will Smith - Just The Two Of Us.mp3 (5,037,452 bytes)
FileName: Will Smith - Miami (1).mp3 (3,161,989 bytes)
FileName: Will Smith - Wild Wild West.mp3 (4,007,311 bytes)
FileName: Will Smith- Bad Boys.mp3 (3,506,621 bytes)
FileName: Wish You Were Here - September 11th Tribute.mp3 (3,495,052 bytes)
FileName: WWE - Wrestlemania X8 - The Rock vs Hulk Hogan.asf (49,194,029 bytes)
FileName: wwe_-Wrestlemania 19 -The Rock Vs Stone Cold Steve Austin Wrestlemania Part1 2003.asf (25,459,129 bytes)
FileName: Wyclef Jean - The Industry.mp3 (3,821,706 bytes)
FileName: Wycleff Jean- Gone Till November.mp3 (3,309,400 bytes)
FileName: Yellow card - Only One.mp3 (5,138,542 bytes)
FileName: Yellow Card - Ocean Avenue.mp3 (4,760,525 bytes)
FileName: Ying Yang Twins - Wait (The Whisper Song).mp3 (2,930,688 bytes)
FileName: Zox - Canon.mp3 (5,446,972 bytes)
FileName: Zox - Ghostown.mp3 (3,222,593 bytes)