**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, Plaintiffs, v. NORA BRUNO, Defendant. | Civil No. 1:06-cv-00247-ML-DLM<br><br>Judge Mary M. Lisi |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

Judgment Creditors, ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT and Judgment Debtor, NORA BRUNO stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

The Stipulated Judgment includes a monetary payment.

Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

Respectfully Submitted,

Dated: 1/17/07

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT